**D.N.J. LOCAL FORM 12**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO:  JAMES J. WALDRON, CLERK            CASE NO.     12-21525 (GMB)
                                        IN RE:  Commerce Financial Group, LLC *et al.*
                                                CHAPTER 7

### INFORMATION FOR NOTICE OF PRIVATE SALE BY THE CHAPTER 7 TRUSTEE

Andrea Dobin, the Chapter 7 Trustee (the "Trustee") of the Estate of Commerce Financial Group, LLC and Commerce Financial Corporation, which have been substantively consolidated, proposes to sell certain aggregated property of the estate to the person and on the terms described below.

If any creditor or other party-in-interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon counsel for the Trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon counsel for the Trustee no later than **February 9, 2015**.

In the event an objection is timely filed a hearing thereon will be held on **March 3, 2015 at 10:00 a.m**.

If no objection to the private sale is filed with the Clerk and served upon counsel to the Trustee as required above on or before **February 9, 2015**, the sale will be consummated as proposed on or after **March 3, 2015 at 10:00 a.m**.

The property to be sold, the proposed purchaser and the aggregate sale price are:

| **Property Description** | **Purchaser** | **Sale Price** |
|---|---|---|
| **1. Leases financed through Debtors**<br>Bill Adams Printing & Graphics<br>Magee's West Side Tavern<br>Laff House / Verlanden Entertainment Partners<br>Downey's<br>Sun City Tans Orlando LLC<br>Speedway Investments<br>Jamison Pour House<br>JR's Woodfire Grill / Coastline<br>Downward Tree and Landscaping<br>Bassets Expansion Court<br>Brenda Gibson t/a Brush Busters Tree Service<br><br>**2**. **Assigned Leases With No Balance Due to Cornerstone Bank**<br>La Vita E'Bella Corporation<br>Seligman, Tarquini & Associates, LLC<br>AAA Cumberland Valley Tree Service Inc. (Notes # 1813 and 1822) | Gerald Bellino | $1,950.00 |

1

| | | |
|---|---|---|
| Our Deli & Meats<br>Waltzing Matilda's Pub, LLC<br>F&G Resturant<br>T&M Concessions, LLC<br>Korporate Kleaning Inc.<br>Alteva, LLC<br>One Source Tool Supply, Inc.<br>Lolabs Inc.<br><br>**3. Other Leases, if any.**<br>Any and all Leases with outstanding balances or other open issues not assigned to Banks as part of Settlements, if any.<br><br>**4. Books and Records.**<br>All of the books and records of Debtor, with the exception of Lease files assigned to Banks as part of Settlements.<br><br>**5. Judgments.**<br> Any and all judgments held by the Debtors' estates against former customers, including but not limited to:<br>Caffe Pasquale<br>Fuscos Tavern, Inc.<br>Monmouth County Excavating<br>2160 York Road Inc<br>4936 SSP Inc t/a The Wharf Tavern (NJ Judgment)<br>Anguisaca, Rosa<br>BHG Corporation t/a Taste of India<br>Desi Village Inc<br>Dunns Tractor Service Inc<br>G and S Tanning Systems<br>Hocker, Louis<br>Joe Palumbos Mirabella Café<br>Lions Heart Pub<br>McCardles Pub<br>McGonigle, James<br>Mollys Pub<br>Phoenix Diner and Family Restaurant<br>Piech, Jr., George<br><br>**6. Trade Names**<br>Commerce Financial Group and Commerce Financial Corp. | | |

Higher and better offers for the aggregated Property will be received.  However, for the avoidance of doubt, the Property will **not** be sold piecemeal but rather only in the aggregate.  Offers must be in writing and filed with the Clerk prior to the date set for filing objections.

Requests for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:

NAME:             Martha B. Chovanes, Esquire
ADDRESS:          Fox Rothschild LLP, 997 Lenox  Drive, Bldg. 3, Lawrenceville, NJ  08648
TELEPHONE:        609-844-7437; FAX:     609-896-1469
E-MAIL:              HYPERLINK "mailto:mchovanes@foxrothschild.com" mchovanes@foxrothschild.com

>                           FOX ROTHSCHILD LLP
>                           Attorneys for Andrea Dobin, Chapter 7 Trustee
>
>                           By:  /s/ Martha B. Chovanes
Dated:  January 26, 2015              Martha B. Chovanes